# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHESLIK, individually,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MADERA COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF MADERA, a public entity; MADERA COUNTY DOE RN, individually; STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL, a public entity; SHERIFF TYSON J. POGUE; individual; DEPUTY K. BEHE, individually; CHP OFFICER EFRAIN JIMENEZ, individually; DOES 1 through 10, individually,<br><br>　　　　　Defendants. | **CASE NO.: 1:23-cv-01754-JLT-BAM**<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

1

# ORDER

The Court having read and considered the parties' Stipulation to Modify the Scheduling Order (the "Stipulation"), and good cause having been shown therefor, the Court hereby orders as follows:

The June 10, 2025 Scheduling Order (Dkt. 35) is modified to extend the October 10, 2025 Deadline for Amendment of Pleadings ninety (90) days to January 8, 2026.

IT IS SO ORDERED.

Dated:   **October 9, 2025**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE