IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS CHESLIK,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**MADERA COUNTY SHERIFF'S DEPARTMENT, COUNTY OF MADERA, MADERA COUNTY DOE RN, STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, SHERIFF TYSON J. POGUE, DEPUTY K. BEHE, CHP OFFICER EFRAIN JIMENEZ,**<br><br>                                    Defendant. | Case No. 1:23-cv-01754-JLT-BAM<br><br>**[PROPOSED] ORDER ON DEFENDANT'S APPLICATION TO TAKE INMATE DEPOSITION IN STATE PRISON** |

   Pursuant to the Application and Good Cause appearing therefor, and in furtherance of the interests of justice, the Court hereby ORDERS as follows:

   1. Defendant may take the deposition of California Department of Corrections and Rehabilitation Inmate Douglas Cheslik, on November 25, 2025, or on any other date as directed by State Prison Officials.

2. The Court allows the deposition to go forward subject to the rules that the State of California and the California Correctional Center may reasonably impose upon the parties attending a deposition within the confines of the detention facility.

IT IS SO ORDERED.

Dated: **November 4, 2025**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE