# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHESLIK, individually,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MADERA COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF MADERA, a public entity; MADERA COUNTY DOE RN, individually; STATE OF CALIFORNIA; CALIFORNIA HIGHWAY PATROL, a public entity; SHERIFF TYSON J. POGUE; individual; DEPUTY K. BEHE, individually; CHP OFFICER EFRAIN JIMENEZ, individually; DOES 1 through 10, individually,<br><br>　　　　　Defendants. | **CASE NO.: 1:23-cv-01754-JLT-BAM**<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |

1

# ORDER

The Court has reviewed and considered the parties' Stipulation to Modify the Scheduling Order (the "Stipulation"). (Doc. 53.) The Court notes that it has worked previously with the parties to set a Scheduling Order with workable dates. (Docs. 34, 35.) The Court has once, now *twice*, modified the Scheduling Order at the parties' request and continued dates. (*See* Doc. 47.) The parties' Stipulation shows minimal good cause to modify the Scheduling Order and continue the dates, and any further continuance must be based on good cause, which the Court cautions will be narrowly construed. Good cause having been shown therefor, the Court hereby orders as follows:

The June 10, 2025 Scheduling Order (Doc. 35) and the October 9, 2025 Order (Doc. 47) shall be modified to extend all dates, except for the pretrial motion filing deadline, pretrial conference, and trial dates, and adopting the below schedule.

| Event | Prior Date | New Date |
| --- | --- | --- |
| Amendment to Pleading | January 8, 2026 | February 27, 2026 |
| Non-Expert Discovery Cutoff | May 29, 2026 | July 1, 2026 |
| Expert Disclosure | June 22, 2026 | July 17, 2026 |
| Supplemental Expert Disclosure | July 17, 2026 | August 7, 2026 |
| Expert Discovery Cutoff | August 21, 2026 | September 4, 2026 |

| Pretrial Motion Filing Deadline | September 21, 2026 | September 21, 2026 |
| --- | --- | --- |
| Pretrial Conference | February 22, 2027 | February 22, 2027 |
| Trial | April 27, 2027 | April 27, 2027 |

IT IS SO ORDERED.

Dated:   **January 6, 2026**             /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE