UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHESLIK,<br><br>Plaintiff,<br><br>v.<br><br>MADERA COUNTY SHERIFF'S DEPARTMENT, ET AL.,<br><br>Defendants. | Case No. 1:23-CV-01754-JLT-FJS<br><br>ORDER RE: PLAINTIFF'S MOTION TO AMEND<br><br>(ECF No. 57)<br><br>ORDER RE: STIPULATION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 64) |

On February 27, 2026, Plaintiff Douglas Cheslik ("Plaintiff") moved for leave to file a second amended complaint. (ECF No. 57.) On March 13, 2026, Defendant Efrain Jimenez filed his opposition.

On September 3, 2026, the Parties filed their stipulation to modify the scheduling order to extend the fact-discovery deadlines. (ECF No. 64)

On September 18, 2026, the Parties appeared for a hearing in Courtroom 8 (FJS) before the undersigned wherein they candidly discussed scheduling concerns and Plaintiff's proposed amendments. Attorney Amed Prado appeared on behalf of Plaintiff. Attorneys Ashley N. Reyes and Diana Esquivel appeared on behalf of Defendants Efrain Jimenez, the California Highway Patrol, and the State of California (collectively "State Defendants").[1] Attorney Matthew Peter

[1] Despite this court reaching out to Plaintiff's counsel, Attorney Amed Prado has not filed a notice of appearance on the docket. Local Rule 182 provides that "no attorney may participate in

Bunting appeared on behalf of Defendants Sheriff Tyson J. Pogue, Deputy K. Behe, the Madera County Sheriff's Department, and the County of Madera (collectively "County Defendants").

Based on the September 18, 2026, motion hearing and review of the record, the court HEREBY ORDERS that:

(1) Plaintiff SHALL file a corrected second amended complaint no later than October 9, 2026. Based on the agreement of the Parties, Plaintiff's corrections are limited to adding/removing those Defendants that were included on several claims in error. The corrected second amended complaint SHALL NOT include substantive changes such as new factual allegations or legal theories.

(2) Plaintiff is HEREBY DIRECTED to provide Defendants with a draft of his corrected second amended complaint no later than October 2, 2026.

(3) The Parties SHALL appear for a scheduling conference on December 8, 2026, at 10:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report no later than December 1, 2026. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

(4) The Parties' stipulation to modify the scheduling order (ECF No. 64) is DENIED as moot.

(5) Pursuant to Local Rule 182(a), Attorney Amed Prado is HEREBY ORDERED to formally notice his appearance as an attorney of record no later than September 25, 2026, at 5:00 PM.

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE

---

any action unless the attorney has appeared as an attorney of record." L.R. 182(a).