UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHESLIK,<br>Plaintiff,<br>v.<br>MADERA COUNTY SHERIFF'S DEPARTMENT, et al.,<br>Defendants. | CASE NO.: 1:23-cv-01754-JLT-FJS<br><br>ORDER GRANTING JOINT STIPULATION FOR LEAVE TO FILE PLAINTIFF'S THIRD AMENDED COMPLAINT ADDING DEFENDANTS SGT. J. QUICK, JENNI DINIS, AND WELLPATH, LLC<br><br>(ECF No. 69) |

The court, having reviewed the parties' joint stipulation for leave to file plaintiff's third amended complaint (ECF No. 69), and good cause appearing, hereby ORDERS as follows:

1. Plaintiff Douglas Cheslik is granted leave to file a third amended complaint in this matter adding Sgt. J. Quick, Jenni Dinis, and Wellpath, LLC, as Defendants;

2. Plaintiff's third amended complaint shall not add CHP Officers Tyler Long or Matthew Chapa as Defendants;

3. Plaintiff shall file the third amended complaint within fifteen (15) days of the date of this order; and

4. Defendants shall file responsive pleadings within twenty-one (21) days after Plaintiff files the third amended complaint.

IT IS SO ORDERED.

Dated: **October 15, 2026**

UNITED STATES MAGISTRATE JUDGE