UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHESLIK,<br>Plaintiff,<br>v.<br>MADERA COUNTY SHERIFF'S DEPARTMENT, et al.,<br>Defendants. | Case No. 1:23-CV-01754-JLT-FJS<br><br>ORDER DIRECTING PLAINTIFF TO CONSIDER WHETHER TO WITHDRAW MOTION TO FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT IN LIGHT OF THE COURT'S APPROVAL OF THE PARTIES' JOINT STIPULATION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT<br><br>(ECF No. 57) |

On February 27, 2026, Plaintiff Douglas Cheslik ("Plaintiff") moved for leave to file a second amended complaint (ECF No. 57.) On September 18, 2026, the court heard oral argument on the motion and directed Plaintiff to file a corrected second amended complaint no later than October 9, 2026, to facilitate the court's ruling on the motion. (ECF No. 67 at 2.)

On October 10, 2026, the Parties filed their joint stipulation for leave to file a third amended complaint. (ECF No. 69.) On October 16, 2026, this court granted the Parties' joint stipulation. (ECF No. 70.) Accordingly, Plaintiff has until October 31, 2026, to file his third amended complaint. (*Id.*)

It is well-established in the Ninth Circuit that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Ramirez v. County of San Bernardino*,

806 F.3d 1002, 1008 (9th Cir. 2015) (quoting *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997) (internal citation omitted)), *overruled on other grounds by Lacey v. Maricopa County*, 693 F.3d 896, 927-28 (9th Cir. 2012).

In light of the foregoing, it appears that Plaintiff's motion for leave to file a second amended complaint (ECF No. 57) is now moot. The court DIRECTS Plaintiff to consider whether to withdraw the motion for leave to amend filed on February 27, 2026. (ECF No. 57.) Plaintiff shall have up to and including October 30, 2026, to withdraw this motion. Should Plaintiff fail to withdraw the motion, the court will be forced to issue findings and recommendation recommending that this motion be denied as moot, which the assigned district judge will adopt, modify, or decline, following a fourteen-day objection period.

IT IS SO ORDERED.

Dated: **October 19, 2026**

UNITED STATES MAGISTRATE JUDGE