IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CHESLIK,<br>Plaintiff,<br>v.<br>MADERA COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF MADERA, a public entity; SHERIFF TYSON J. POGUE; DEPUTY K. BEHE; CHP OFFICER EFRAIN JIMENEZ; JENNI DINIS, an individual; SGT. J. QUICK, an individual; WELLPATH, LLC, a corporation,<br>Defendants. | CASE NO. 1:23-cv-01754-JLT-FJS<br><br>ORDER RE: STIPULATION FOR EXTENSION OF RESPONSIVE PLEADING DUE DATE FOR DEFENDANT WELLPATH, LLC<br><br>(ECF No. 76) |

Plaintiff Douglas Cheslik and Defendant Wellpath, LLC ("the Parties"), by and through their undersigned counsel of record, respectfully stipulate as follows:

**RECITALS**

**A.** In the Court's order filed October 15, 2026, *see* ECF No. 70, the Court granted Plaintiff leave to file a Third Amended Complaint adding Sgt. J. Quick, Jenni Dinis, and Wellpath, LLC ("Wellpath"), as Defendants within fifteen (15) days.

**B.** The Court further ordered that "Defendants shall file responsive pleadings within twenty-one (21) days after Plaintiff files the third amended complaint." *Id.*

**C.** Plaintiff filed his Third Amended Complaint on October 16, 2026. *See* ECF No. 71.

**D.** Plaintiff then served Wellpath with a copy of the summons and Third Amended Complaint on October 26, 2026.

**E.** On November 4, 2026, Wellpath's counsel emailed Plaintiff's counsel to notify him of Gordon Rees Scully Mansukhani, LLP's representation of Wellpath and to request additional time to prepare Wellpath's response to the Third Amended Complaint.

**F.** Good cause exists for the requested extension because Wellpath was recently served and its counsel recently associated into the action, requiring additional time to review the Third Amended Complaint, case record, and prepare an appropriate response.

**G.** The Parties have thus agreed to a first extension of the due date for Wellpath's response to the Third Amended Complaint by twenty-eight (28) days.

## STIPULATION

**WHEREFORE,** the Parties hereby respectfully stipulate that the due date for the filing of a responsive pleading by Wellpath be extended to December 4, 2026.

IT IS SO STIPULATED AND AGREED.

Dated: November 6, 2026.

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Aram E. Afsharian*
Aram E. Afsharian
Lead attorney for Defendant
WELLPATH, LLC

Dated: November 6, 2026.

LAW OFFICES OF CHRISTIAN CONTRERAS

By: */s/ Claire McCall* (as authorized on 11/5/2026)
Christian Contreras
Claire McCall
Attorneys for Plaintiff,
DOUGLAS CHESLIK

ORDER

The court, having considered the Parties' stipulation (ECF No. 76) and good cause appearing, HEREBY GRANTS the Parties' stipulation. Accordingly, it is HEREBY ORDERED that the due date for the filing of a responsive pleading by Defendant Wellpath, LLC be extended to December 4, 2026.

IT IS SO ORDERED.

Dated: **November 6, 2026**

UNITED STATES MAGISTRATE JUDGE